# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2505

_____

George Walter Carlisle, Jr.,                  *
                                              *
              Appellant,                      *     Appeal from the United States
                                              *     District Court for the
       v.                                     *     Eastern District of Missouri.
                                              *
St. Charles Community College,                *     [UNPUBLISHED]
                                              *
              Appellee.                       *

_____

Submitted: January 21, 2011
Filed: February 1, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

George Carlisle, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action against St. Charles Community College. This court lacks jurisdiction to review the summary judgment order because this appeal is untimely as to the final judgment, and Carlisle's post-judgment motion for relief from judgment was not filed in time to toll the time to appeal. *See Dill v. Gen. Am. Life Ins. Co.*, 525 F.3d 612, 619-20 (8th Cir. 2008). This court finds no

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

abuse of discretion in the district court's decision to deny the post-judgment motion. *See Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir. 2001) (standard of review).

Accordingly, we affirm.

_____